AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Noonan, Jr., John T. | 2. Court or Organization  U.S. Court of Appeals, 9th | 3. Date of Report  06/19/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Article III Judge, Senior | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  U.S. Court of Appeals  95 Seventh Street  San Francisco, CA 94103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President and Director | Thomas More-Jacques Maritain Institute (non-profit cultural organization) |
| 2. Member | Advisory Council, Transparency International |
| 3. Member | Editorial Board, American Journal of Jurisprudence |
| 4. Member | President's Council, Graduate Theological School |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 07/01/86 | University of California pension based on service |
| 2. | |
| 3. | |

RECEIVED 2009 JUN 22 A 11: 11 FINANCIAL DISCLOSURE OFFICE

**Noonan Jr, John T**

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2008 | Pension: University of California | $41,706.78 |
| 2. 2008 | Royalty-West Group Foundation Press | $967.23 |
| 3. 2008 | Royalty-University of California | $245.49 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Graduate Theological Union - President's Council | 10/21/2008 | New York, New York | Meeting | Airfare, Taxis |
| 2 | | | | |
| 3 | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1   Fidelity Magellan Fund | C | Dividend | L | T | | | | | |
| 2   Fidelity CA Muni Income Fund (formerly Spartan CA Muni Fd) | D | Interest | M | T | | | | | |
| 3.   BP P.L.C. | A | Dividend | J | T | | | | | |
| 4.   Wells Fargo Checking Account | C | Interest | M | T | | | | | |
| 5.   Wells Fargo Market Rate Account | A | Dividend | J | T | | | | | |
| 6.   Wells Fargo IRAs | B | Interest | K | T | | | | | |
| 7.   Dreyfus Muni Bond Fund (formerly Insured Muni Bond Fund) | A | Dividend | J | T | | | | | |
| 8.   Teachers Insurance and Annuity Association | D | Interest | M | T | | | | | |
| 9.   Scudder Int'l Bond Fund | B | Dividend | K | T | | | | | |
| 10   Wells Fargo Investments-Thornburg Investment Trust | D | Dividend | M | T | | | | | |
| 11.   Wachovia Time Deposit | C | Interest | M | T | | | | | |
| 12.   Brokerage Account Number 1 Bear Stearns | | | | | | | | | |
| 13.   -JP Morgan Chase | C | Dividend | L | T | | | | | |
| 14   -General Mills | B | Dividend | K | T | | | | | |
| 15   -Procter & Gamble Common | B | Dividend | L | T | | | | | |
| 16.   -Neurobiological Technologies | | None | J | T | | | | | |
| 17   -BP P.L.C | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18     -Coca Cola Common | B | Dividend | K | T | | | | | |
| 19.    -Eli Lilly Corporation | B | Dividend | K | T | | | | | |
| 20.    -IBM Common | B | Dividend | K | T | | | | | |
| 21.    -Fortune Brands | B | Dividend | K | T | | | | | |
| 22.    -Monsanto | A | Dividend | K | T | | | | | |
| 23.    -Pfizer | B | Dividend | K | T | | | | | |
| 24.    -GNMA Pass Through Pools | A | Interest | J | T | | | | | |
| 25.    -Calvert Social Investment Fund | B | Interest | J | T | Buy | 12/4 | J | | |
| 26.    -Olstein All Cap Value Fund (formerlty Financial Alert Fund) | | None | | | Sold | 06/18 | L | A | |
| 27.    -Bear Stearns Tempfund | A | Interest | | | Sold | 06/18 | J | A | |
| 28.    -Bear Stearns Tempfund | | | | | Buy | 02/01 | J | | |
| 29.    -Bear Stearns Tempfund | | | | | Buy | 08/01 | J | | |
| 30.    -Bear Stearns Tempfund | | | | | Sold | 09/04 | K | A | |
| 31     -JP Morgan Prime Money Market Fund | A | Interest | M | T | Buy | 09/04 | K | | |
| 32     -JP Morgan Prime Money Market Fund | | | | | Buy | 10/01 | M | | |
| 33.    -California State Corpus Prams | | None | | | Redeemed | 10/01 | L | A | |
| 34.    -Diamond Hill Long-Short Fund | A | Dividend | L | T | Buy | 06/17 | M | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Ca State University Revenue Bond | B | Interest | K | T | | | | | |
| 36.  -North of the River Sanitary District Bond | B | Interest | K | T | | | | | |
| 37.  Trust Number 1 (No personal income) | D | Dividend | N | T | | | | | |
| 38.  -Fleet MA Intermediate Tax Exempt Bond Fund | | | | | Sold | 03/03 | J | A | |
| 39.  -Fleet International Equity Fund | | | | | Sold | 04/03 | J | A | |
| 40.  -Fleet Mid Cap Growth Fund | | | | | Sold | 04/03 | J | A | |
| 41.  -Fleet Large Cap Value Fund | | | | | Sold | 11/05 | J | A | |
| 42.  -Fleet Mid Cap Value Fund | | | | | Sold | 11/05 | J | A | |
| 43.  -Fleet Small Cap Value Fund | | | | | Sold | 11/05 | J | A | |
| 44.  -Fleet Large Cap Growth Fund | | | | | Sold | 11/05 | J | A | |
| 45  -Fleet Tax Exempt Fund | | | | | Sold | 11/05 | K | | |
| 46.  -Fleet Tax Exempt Fund | | | | | Buy | 04/03 | J | | |
| 47  -Fleet International Equity Fund | | | | | Buy | 11/05 | K | | |
| 48  Trust Number 2 (No personal income) | D | Dividend | M | T | | | | | |
| 49  -Fleet MA Intermediate Tax Exempt Bond Fund | | | | | Sold | 10/03 | J | A | |
| 50  -Fleet Large Cap Value Fund | | | | | Sold | 11/05 | J | A | |
| 51  -Fleet MA Intermediate Tax Exempt Bond Fund | | | | | Sold | 11/05 | J | A | |

| I Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52   -Fleet Large Cap Growth Fund | | | | | Sold | 11/05 | J | A | |
| 53.  -Fleet International Equity Fund | | | | | Buy | 10/03 | J | | |
| 54.  -Fleet Large Cap Value Fund | | | | | Buy | 10/03 | J | | |
| 55   -Fleet International Equity Fund | | | | | Buy | 11/05 | J | | |
| 56.  -Fleet Small Cap Growth Fund | | | | | Buy | 11/05 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Two trusts referred to in this report are as follow.

1. ██████████ Trust: The ██████████ Trust was created by ████████ on December 15, 1976. It became irrevocable on her death in 1990 and divided into three shares. The tr stee has discretion to pay the income and principal of my share to me, ████████████

2. ████████ 1976 Trust: The ████████ 1976 Trust was formed by ██████ in 1976 and became irrevocable on his death in 1987. On his death the property was divided into equal shares for ████████████ me. The trustee has discretion to pay some or all of the net income or principal of my share to me, ████████. The trust terminates on the death of me ████████, the remainder going to ████████

3. The income of both trusts was paid by the tr stee in 2008 to ████████████████████████████████████████████, all over 21 years of age. At the request of the Committee on Financial Disclosure, I have summarized the reports I have received.

In April 2000, Fleet Bank acquired the Bank of Boston and became the trustee of the above tr sts. The trusts were also subdivided into distinct trusts for each of the ████████ of the grantors, so that there is now a distinct trust for me ████████ under the same trust instruments. Report is not made here of the sales of odd lots (typically one or two shares) made to make it easier to divide the trusts into thirds. The money market fund, Galaxy, was arranged by Fleet to take over the functions performed by the money market Boston 1784 funds; investments in these money market funds are noted on an annual basis.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544